# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALYN HEMPHILL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PHILADELPHIA HOUSING AUTHORITY** | : | **NO. 16-4551** |

## ORDER

**NOW**, this 30th day of November, 2016, upon consideration of the Defendant Philadelphia Housing Authority's Motion to Dismiss Plaintiff's Complaint (Document No. 4) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Counts 3, 4, 5 and 6 of the plaintiff's complaint are **DISMISSED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.